UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 17-7670-MWF(PLAx)**                              Dated: **December 5, 2017**

Title:   First Home Bank -*v*- T.R.A. Meat Corporation, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                        None Present

PROCEEDINGS (IN CHAMBERS):      ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

In light of the Default By Clerk entered on December 4, 2017, the Order To Show Cause Re Default Judgment hearing is continued to **January 8, 2018** at **11:30 a.m.** and shall be held as to all Defendants. *If a Motion for Default Judgment is filed prior to this hearing, the hearing will be vacated, and the Order To Show Cause discharged*.

IT IS SO ORDERED.